# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 20, 2007

131358

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LISA BROWN,
        Plaintiff-Appellee,

v

                                                  SC: 131358
                                                  COA: 256691
                                                  Wayne CC: 02-219246-NO

SAMUEL WHITTAR STEEL, INC.,
        Defendant-Appellant,
and

MICHAEL BROWN, LUMBERMANS MUTUAL
CASUALTY INSURANCE COMPANY, and
HARLAN GARDNER,
        Defendants.
_____/

      On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on May 23, 2007, at 9:30 a.m., on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs no later than May 16, 2007, but they should not submit mere restatements of their application papers.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 20, 2007

_____
Clerk

t0418